```
                                                    ___FILED___ LODGED
1  DIANE J. HUMETEWA
   United States Attorney                           ___RECEIVED___COPY
2  District of Arizona
   JAMES T. LACEY                                    2008 JUL -9 P 3:03
3  Assistant United States Attorney
   State Bar No. 007778                             CLERK US DISTRICT COURT
4  Evo A Deconcini U.S. Courthouse                     DISTRICT OF ARIZONA
   405 West Congress, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  james.lacey@usdoj.gov
   Attorneys for Plaintiff
7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF ARIZONA
9
   United States of America,            CR08-0878TUC
10                                                         - JMR/JCG
                 Plaintiff,       )    INDICTMENT
11                                )
                                  )
       v.                         )    Violations: 21 USC §846
12                                )                21 USC §841(a)(1)
   Walter K. Riedesel, aka Skip;  )                21 USC §841(b)(1)(A)(vii)
13 Ruben P. Contreras;            )                18 USC § 2
   Michael W. Hamblen;            )                21 USC §853
14 Julia Ann Relford;             )
   Ollie Shouse II;               )    (Conspiracy to Possess with Intent
15 Guilio F. Esposito, aka Jules, aka Andy; )   to Distribute Marijuana;
   Joaquin Contreras;             )    Possession with Intent to
16 Miguel E. Martinez, aka Indio; )    Distribute Marijuana; Aid and
   Julio Regalado;                )    Abet; Forfeiture Allegation)
17 Alfonso Regalado;              )
   Allen Ray Jones;               )
18 Mark Lawson;                   )
                                  )
19               Defendants.      )
                                  )
20
   THE GRAND JURY CHARGES:
21
                              COUNT 1
22
         Beginning in or about 2002, and continuing thereafter, up to and including June,
23
   2008, at or near Tucson, in the District of Arizona, and elsewhere, WALTER K.
24
   RIEDESEL, aka "SKIP", GUILIO F. ESPOSITO, aka "JULES", aka "ANDY", MIGUEL
25
   E. MARTINEZ, aka "INDIO", JOAQUIN CONTRERAS, RUBEN P. CONTRERAS,
26
```

1  P. CONTRERAS, JULIO REGALADO, ALFONSO REGALADO, OLLIE SHOUSE II,
2  MICHAEL W. HAMBLEM, JULIA ANN RELFORD, ALLEN RAY JONES, and MARK
3  LAWSON, named herein as defendants and co-conspirators, did knowingly and
4  intentionally combine, conspire, confederate, and agree together and with other persons
5  known and unknown to the grand jury, to possess with intent to distribute in excess of 1,000
6  kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United
7  States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).
8  All in violation of Title 21, United States Code, Section 846.

## COUNT 2

10  On or about March 27, 2008, in the District of Arizona, WALTER K.
11  RIEDESEL aka "SKIP", GUILIO F. ESPOSITO, OLLIE SHOUSE II, and ALLEN RAY
12  JONES, did knowingly and intentionally possess with intent to distribute more than 100
13  kilograms, but less than 1,000 kilograms of marijuana, a Schedule I controlled substance;
14  and did aid, abet, counsel, command, induce, procure, and cause the same; in violation of
15  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United
16  States Code, Section 2.

## COUNT 3

18  On or about May 25, 2008, in the District of Arizona, JULIO REGALADO,
19  WALTER K. RIEDESEL aka "SKIP", RUBEN CONTRERAS, JOAQUIN CONTRERAS,
20  OLLIE SHOUSE II, and MICHAEL W. HAMBLEN, did knowingly and intentionally
21  possess with intent to distribute more than 100 kilograms, but less than 1,000 kilograms of
22  marijuana, a Schedule I controlled substance; and did aid, abet, counsel, command, induce,
23  procure, and cause the same; in violation of Title 21, United States Code, Sections
24  841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.
25  //
26  //

# FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Count 1 of this Indictment, defendants WALTER K. RIEDESEL, aka "SKIP", GUILIO F. ESPOSITO, aka "JULES", aka "ANDY", MIGUEL E. MARTINEZ, aka "INDIO", JOAQUIN CONTRERAS, RUBEN P. CONTRERAS, JULIO REGALADO, ALFONSO REGALADO, OLLIE SHOUSE II, MICHAEL W. HAMBLEM, JULIA ANN RELFORD, ALLEN RAY JONES, and MARK LAWSON, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

1. Any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations.

2. Any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the said violations.

3. A sum of money equal to at least $398,375 in U.S. currency, which represents proceeds obtained as a result of the offenses.

4. Cash proceeds: The government will seek a judgment for a sum of money representing the total amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p)
2  to seek forfeiture of any other property of said defendants up to the value of the above
3  forfeitable property, including but not limited to all property, both real and personal, owned
4  by the defendants.
5        All in violation of Title 21, United States Code, Section 853 and Rule 32.2(a),
6  Federal Rules of Criminal Procedure.

                                        A TRUE BILL

                                        _____
                                        Presiding Juror

                                                                   JUL 0 9 2008

10  DIANE J. HUMETEWA
    United States Attorney
11  District of Arizona

12  Assistant U.S. Attorney

*[signature]*

U.S. v. Walter K. Riedesel, et al.
Page 4 of 4