DATE: 7/21/08    CASE NUMBER: CR 08-00878-TUC-JMR(JCG)

USA vs. MARK LAWSON

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS    Judge #: 70BH

U.S. Attorney Serra Tsethlikai    INTERPRETER REQ'D N/A

Attorney for Defendant Clay Hernandez (Spec Appr)

INITIAL APP: ☒ HELD    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☒ Complaint Filed  ☒ DOA 7/21/2008
☐ Warrant Other District
☐ Warrant Phx Div.
☐ Financial Afdvt taken
☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment
☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends release on a $10,000 Cash Bond ; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends $50,000 Cash/Corp Surety

☒ Court accepts recommendation by Government
Bail set at $ $50,000 Cash/Corp Surety

☐ Defendant signed Order Setting Conditions of Release and released on_____

| DETENTION HEARING: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | ARRAIGNMENT: ☐ Held ☐ Waived<br>Set for: 07/23/08 at 10:30 AM<br>before: Magistrate Judge Edmonds |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| ARRAIGNMENT    Set for 7/23/2008 at 10:30 AM    before: MAGISTRATE JUDGE EDMONDS ||

OTHER: _____

Recorded by Courtsmart
BY: Rose Chavez
Deputy Clerk

IA: 0
DH: 0